

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Britney Johnson, Appellant

No. 06-23-00006-CV        v.

The View at Lakeside LP, Appellee

Appeal from the County Court at Law No. 2 of Denton County, Texas (Tr. Ct. No. CV-2022-03855-JP).        Memorandum Opinion delivered by Justice van Cleef, Chief Justice Stevens and Justice Rambin participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of prosecution.  Therefore, we dismiss the appeal.

We note that the appellant, Britney Johnson, has adequately indicated her inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED JUNE 6, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk